*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 10, 2016         522466
_____

In the Matter of the Claim of
    ASHLEY GONZALEZ,
                Appellant.

                          MEMORANDUM AND ORDER

COMMISSIONER OF LABOR,
                Respondent.
_____


Calendar Date:  September 20, 2016

Before:  Peters, P.J., Garry, Egan Jr., Lynch and Rose, JJ.

_____


     Ashley Gonzalez, Middletown, appellant pro se.

     Eric T. Schneiderman, Attorney General, New York City (Marjorie S. Leff of counsel), for respondent.

_____


     Appeal from a decision of the Unemployment Insurance Appeal Board, filed March 13, 2015, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

     Decision affirmed.  No opinion.

     Peters, P.J., Garry, Egan Jr., Lynch and Rose, JJ., concur.

ORDERED that the decision is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court